# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| ANTHONY MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 1:21-cv-01440-GSA<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT; ORDER |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of $6,700.23, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d), 1920.

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause

1 the payment of fees, expenses and costs to be made directly to Plaintiff's counsel,
2 Francesco Benavides, pursuant to the assignment executed by Plaintiff.

3       This stipulation constitutes a compromise settlement of Plaintiff's request for
4 EAJA attorney fees and does not constitute an admission of liability on the part of
5 Defendant under the EAJA or otherwise. Payment of the agreed amount shall
6 constitute a complete release from, and bar to, any and all claims that Plaintiff and/or
7 Francesco Benavides, including the Law Offices of Francesco Benavides, may have
8 relating to EAJA attorney fees in connection with this action.

9       This award is without prejudice to the rights of Francesco Benavides to seek
10 Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings
11 clause provisions of the EAJA.

12
13           Respectfully submitted,
14
15 Dated: June 14, 2022      Law Offices of Francesco Benavides
16
17           By:  */s/ Francesco Benavides*
              FRANCESCO P. BENAVIDES
18               Attorney for Plaintiff
19
20
21
22 Dated: June 14, 2022      PHILLIP A. TALBERT
              United States Attorney
23               PETER THOMPSON
24               Acting Regional Chief Counsel, Region IX
              Social Security Administration
25
26           By:  *Andrea Banks\**
              ANDREA BANKS
27               Special Assistant U.S. Attorney
28

Attorneys for Defendant
(*Permission to use electronic signature obtained via email on June 14, 2022).

## ORDER

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $6,700.23 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **June 14, 2022**                **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE